LEE TRAN & LIANG LLP
James M. Lee (Bar No. 192301)
james.lee@ltlw.com
Cyrus Khojandpour (Bar No. 260233)
cyrus.khojandpour@ltlw.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: (213) 612-3737
Fax: (213) 612-3773

PAUL R. GUPTA (*Pro Hac Vice*)
paul.gupta@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: (212) 335-4825
Fax: (212) 335-4501

AMANDA L. MORGAN (SBN 246277)
amanda.morgan@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Tel: (415) 615-6058
Fax: (415) 659-7358

Attorneys for Defendants and Counterclaimants
NCR Corporation and M&T Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ACTUATE CORPORATION, a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NCR CORPORATION, a Maryland corporation, M&T BANK, a New York state chartered bank, and DOES 1 through 10<br><br>　　　　　　　Defendants. | CASE NO.  4:13-cv-03494 (PJH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  AND ORDER |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Actuate Corporation ("Plaintiff") and Defendants NCR Corporation ("NCR") and M&T Bank ("M&T"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Settlement and Mutual Release Agreement and each having executed the agreement, hereby stipulate and agree that all claims and counterclaims asserted in this action are dismissed with prejudice with each party to bear its own costs and attorneys' fees. The parties have further agreed, and so request, that the Court retain jurisdiction to enforce the Settlement Agreement.

IT IS SO STIPULATED.

Dated: July 2, 2014                    LEE TRAN& LIANG LLP

                                       By:    /s/ James M. Lee
                                              JAMES M. LEE

                                       Attorney for Plaintiff and Counter-defendants
                                       ACTUATE CORPORATION


Dated: July 2, 2014                    DLA PIPER LLP (US)

                                       By:    /s/ Amanda L. Morgan
                                              AMANDA L. MORGAN
                                              PAUL R. GUPTA

                                       Attorneys for Defendants and Counterclaimants
                                       NCR CORPORATION and M&T BANK


SO ORDERED, this 9 day of July, 2014

                                       _____
                                       THE HONORABLE PHYLLIS J. HAMILTON

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 4:13-cv-03494-PJH

EAST\78198880.1

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from Amanda L. Morgan which shall serve in lieu of his signature on the document.

Dated: July 2, 2014

                LEE TRAN & LIANG LLP

                By: /s/ James M. Lee
                   JAMES M. LEE

                Attorney for Plaintiff and Counter-defendants
                ACTUATE CORPORATION